*14- 61350*

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 15-0302

# FILED

MAY 2 6 2015

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

In re:

CHRISTOPHER COLLIN GOLZ,                O R D E R

    Debtor.

---

On May 14, 2015, and pursuant to M. R. App. P. 15(3), the United States Bankruptcy Court for the District of Montana certified to this Court for answer the following question of law:

> Whether, under Montana's liberal construction of exemptions, Debtor may claim an exemption in an Inherited IRA pursuant to § 25-13-608(1)(e), MCA.

The certifying Court has provided a statement of facts relevant to the question for review, together with associated bankruptcy schedules and the parties' brief memoranda setting forth their respective positions.

This Court accepts the certified question. We will answer the question in due course following briefing. Therefore,

IT IS ORDERED that the parties shall, in accordance with the Montana Rules of Appellate Procedure, prepare, file, and serve briefs addressing the certified question, as presently formulated. The opening brief of the Debtor shall be prepared, filed, and served no later than 40 days from the date of this Order. The Trustee shall then have 40 days within which to file his answer brief, and Debtor shall have 20 days within which to reply.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order to all counsel of record, and to the United States Bankruptcy Court for the District of Montana, under Case No. 14-61350-7.

DATED this 2L day of May, 2015.

_____
Chief Justice

_____

_____

_____

_____
Justices